AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:24-mj-197 |
| SANTOS MANUEL LOZANO ROMERO | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 13, 2024** in the county of **Multnomah** in the District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(B), 841(b)(1)(C) | (1) Possession with Intent to Distribute 40 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance; and,<br>(2) Possession with Intent to Distribute Cocaine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Task Force Officer Pete Read.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Peter Read, Task Force Officer, FBI / MCSO-SIU
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at   8:11 pm   a.m./p.m.

Date: September 14, 2024

/s Jeff Armistead
*Judge's signature*

City and state: Portland, Oregon

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*